# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 2/5/2026 | Case Number: | 2:22-cr-00168 |
| Case Style: | USA vs. William Earley | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Brian Parsons

Attorney(s) for the Defendant(s):

Isaac Forman

| | |
|---|---|
| Law Clerk: | Ciara Peacock |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:30 PM | 3:10 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 40 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time: 1430
Actual Start Time: 1430

Defendant present in person and by counsel for sentencing as to Single Count Information
Counsel noted appearances on the record.
Defendant placed under oath by Courtroom Deputy.
Court addresses PSR and remaining objections; /no remaining objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court ADJUDGES Defendant guilty pursuant to prior plea.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: 0 months
12 months PROBATION
Supervised Release: 0 years
Fine: $2500
Assessment: $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
5:18-cr-26 DISMISSED upon written motion of Government.
Defendant RELEASED to begin his term of Probation
Court recessed at 1510